# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH HEIM, :
:
    Plaintiff :
: CIVIL NO. 3:CV-10-1656
v. :
: (Judge Caputo)
DAUPHIN COUNTY PRISON, *et al.*, :
:
    Defendants :

# O R D E R

**AND NOW**, this **1st** day of **MAY, 2013**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. 46) is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of Defendants Dauphin County Prison; the Prison Board of Inspectors; Warden DeRose, Deputy Warden Nichols, Deputy Warden Carroll, Business Manager McNeal and the Business Office; and against Plaintiff Joseph Heim.

3. The Clerk of Court is directed to close this case.

                                             /s/ A. Richard Caputo
                                             **A. RICHARD CAPUTO**
                                             **United States District Judge**